720

## MERIT DOCKET

**88-1270.** State, ex rel. Frazier, v. DeFranco. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1301.** Parks v. Ohio Adult Parole Auth. *Franklin County,* No. 87AP-1158. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1331.** State, ex rel. Monday, v. Trumbull Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Locher, Holmes, Wright and H. Brown, JJ., concur.

Sweeney and Douglas, JJ., would grant the writ.

**88-1436.** Toledo v. Crenshaw. *Lucas County,* No. L-88-122. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1536.** Wilson v. Fuerst. In Mandamus. *Sua sponte,* cause dismissed.

Moyer, C.J., Locher, Holmes, Wright and H. Brown, JJ., concur.

Sweeney and Douglas, JJ., would grant an alternative writ.

**88-1540.** State, ex rel. Wallace, v. Cuyahoga Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1603.** Hemphill v. Franklin Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1639.** State, ex rel. Duke, v. Eighth District Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-1661.** State v. Miller. *Hamilton Coun-ty,* No. C-850580. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Douglas and Wright, JJ., concur.

Holmes and H. Brown, JJ., dissent.